IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NORFOLK SOUTHERN RAILWAY COMPANY<br>Three Commercial Place<br>Norfolk, VA 23510,<br>                              Plaintiff,<br><br>       v.<br><br>RAIL LOGISTICS, L.C. a/k/a RAIL LOGISTICS/COLD TRAIN L.C. a/k/a COLD TRAIN, L.C.<br>6600 College Boulevard, Suite 310<br>Overland Park, Kansas 66211,<br>                              Defendant. | CIVIL ACTION<br><br>CASE NO: |

## COMPLAINT

Plaintiff, Norfolk Southern Railway Company ("Norfolk Southern"), files this Complaint against defendant Rail Logistics, L.C. a/k/a Rail Logistics/Cold Train L.C. a/k/a Cold Train, L.C. ("Rail Logistics") and in support thereof avers as follows:

## PARTIES

1. Norfolk Southern is a corporation organized under the laws of the Commonwealth of Virginia, with its principal place of business in Norfolk, Virginia. Norfolk Southern operates as an interstate rail carrier subject to the jurisdiction of the United States Surface Transportation Board, and is governed by the provisions of the Interstate Commerce Act, 49 U.S.C. § 10101, *et seq*.

2. Rail Logistics is a company organized under the laws of the state of Kansas with its principal place of business located at 6600 College Boulevard, Suite 310, Overland Park, Kansas 66211. Rail Logistics has one member, Michael Lerner, who is a citizen of Kansas.

## JURISDICTION AND VENUE

3. This court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a), in as much as there is complete diversity of citizenship between the parties, and the amount in controversy exceeds $75,000.00. Jurisdiction in this matter is also based upon 28 U.S.C. § 1337 as this is a cause of action arising under the Interstate Commerce Act, 49 U.S.C. §§ 10101, *et seq*.

4. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(a) and (b).

## PREDICATE FACTS

5. Norfolk Southern incorporates all preceding paragraphs as if fully set forth at length herein.

6. Norfolk Southern operates as an interstate rail carrier subject to the jurisdiction of the United States Surface Transportation Board, and is governed by the provisions of the Interstate Commerce Act ("ICA"), 49 U.S.C. § 10101, *et seq.*

7. Rail Logistics is a transportation logistics company that manages and operates rail cars that are placed into interstate commerce for hire and use by other parties.

8. The Association of American Railroads ("AAR") is an industry group that has promulgated, *inter alia*, rules and standards that govern all matters pertaining to the condition and repair of railcars placed into rail service, including but not limited to rules assigning responsibility for those repairs ("AAR Rules"). The AAR Rules apply to all members and subscribers.

9. Norfolk Southern and Rail Logistics are both subscribers to the AAR Rules and therefore subject to and bound by all terms appearing therein.

10. Under the AAR Rules, railroads such as Norfolk Southern are responsible for the condition of any railcars on their lines, regardless of ownership.

11. As mandated by the AAR Rules, beginning in August 2011 and continuing through the present (the "Relevant Time Period"), Norfolk Southern performed rail car repair services upon Rail Logistics' railcars, and submitted invoices for those repairs.

12. During the Relevant Time Period, Norfolk Southern submitted railcar repair invoices to Rail Logistics for repairs made to Rail Logistics' Railcars, totaling $36,323.70.

13. All of the charges reflected on the railcar repair invoices are for repairs performed on railcars for which Rail Logistics, as owner of those railcars, is responsible under the AAR Rules.

14. All of the charges reflected on the railcar repair invoices are due and owing by Rail Logistics to Norfolk Southern.

15. Norfolk Southern has demanded payment of the charges reflected on the railcar repair invoices, however, Rail Logistics has failed and/or refused to pay.

16. Additionally, Norfolk Southern also assessed fueling and related charges to Rail Logistics pursuant to the terms of Norfolk Southern's agreement with Rail Logistics for fueling services for Rail Logistics' interstate rail freight shipments.

17. The parties' agreement incorporates the applicable Norfolk Southern tariff rates for the common carriage of freight in interstate rail transportation, as mandated by 49 U.S.C. § 11101, as well as other related charges, subject to the jurisdiction of the U.S. Transportation Board.

18. Beginning in June 2014, and continuing through October 2014, Norfolk Southern provided interstate rail transportation fueling services at the request of Rail Logistics, pursuant to the parties' agreement.

19. Norfolk Southern presented Rail Logistics with invoices for these fueling charges, totaling $77,318.62, and demanded payment in accordance with the rates set forth by agreement and the Interstate Commerce Act.

20. Despite demand for payment, Rail Logistics has failed and/or refused to pay Norfolk Southern for the fueling and related services provided.

## COUNT I

### Breach of Contract – Failure to Pay Railcar Repair Charges

21. Norfolk Southern incorporates all preceding paragraphs as if fully set forth at length herein.

22. As subscribers to the AAR Rules, both the parties are bound by the terms and conditions set forth therein with respect to the repair of freight rail cars used by Norfolk Southern on its lines and owned by Rail Logistics.

23. By failing to pay the railcar repair invoices submitted by Norfolk Southern, Rail Logistics has breached its duties and obligations as a subscriber to the AAR Rules, including its obligation to pay the charges incurred for repairs to railcars it owns.

**WHEREFORE**, plaintiff Norfolk Southern Railway Company demands judgment in its favor and against defendant Rail Logistics, L.C. in the amount of $36,323.70, on Count I of its Complaint, together with accrued interest, costs of suit, attorney's fees, and such other relief as the Court may allow.

## COUNT II

### Failure to Pay Interstate Rail Carrier Fueling Charges

24.     Norfolk Southern incorporates the preceding paragraphs as if set forth fully at length herein.

25.     Beginning in June 2014, and continuing through October 2014, Norfolk Southern provided interstate rail transportation fueling and related services at the request of Rail Logistics, and presented Rail Logistics with invoices demanding payment in accordance with the rates set forth by agreement and the Interstate Commerce Act.

26.     The total amount due and owing to Norfolk Southern for the aforementioned fueling and related charges is $77,318.62.

27.     Although demand has been made for payment of the outstanding interstate rail carrier fueling charges owed to Norfolk Southern, Rail Logistics has failed and/or refused to pay.

**WHEREFORE**, Norfolk Southern Railway Company respectfully demands that judgment be entered in its favor and against defendant, Rail Logistics, L.C. a/k/a Rail Logistics/Cold Train L.C. a/k/a Cold Train, L.C., in the amount of $77,318.62, on Count II of its Complaint, for outstanding fueling charges, together with costs, finance charges, attorneys' fees, and such other relief as the Court may allow.

## COUNT III

### Breach of Contract - Failure to Pay Equipment Use Charges

28.     Norfolk Southern incorporates the preceding paragraphs as if set forth fully at length herein.

29.     Norfolk Southern and Rail Logistics also entered into an Equipment Use Agreement on March 1, 2012, pursuant to which Norfolk Southern supplied chassis and other

equipment to Rail Logistics for use in the interstate transportation of freight by rail, in exchange for payment from Rail Logistics.

30. Beginning in July 2014, and continuing through October 2014, Norfolk Southern provided equipment at the request of Rail Logistics, pursuant to the parties' agreement.

31. Norfolk Southern performed its obligations in full under the applicable agreement.

32. Norfolk Southern presented Rail Logistics with invoices for said equipment usage and demanded payment in accordance with the terms and rates set forth in the controlling agreement.

33. Although demand has been made for payment of the outstanding equipment usage charges owed to Norfolk Southern, Rail Logistics has failed and/or refused to pay those charges which are due and owing.

34. Rail Logistics' failure to pay the freight charges constitutes a breach of its agreement with Norfolk Southern.

35. As a result of Rail Logistics' breach of its agreement, Norfolk Southern has suffered damages in the amount of $38,977.05.

*(This space intentionally left blank)*

**WHEREFORE**, Norfolk Southern Railway Company respectfully demands that judgment be entered in its favor and against defendant, Rail Logistics, L.C. a/k/a Rail Logistics/Cold Train L.C. a/k/a Cold Train, L.C., in the amount of $38,977.05, on Count III of its Complaint, for outstanding fueling charges, together with costs, finance charges, attorneys' fees, and such other relief as the Court may allow.

December 18, 2014

By: s/Jeffrey A. Befort
Jeffrey A. Befort KS #24072; D. Ks #70585
**Befort Law Firm, LLC**
4035 Central Street
Kansas City, Missouri 64111
jeff@befortlawkc.com
Telephone: (816) 569-6691
Facsimile: 1 (888)347-7193

Paul D. Keenan *(of counsel) Pa. # 30262*
**KEENAN COHEN & MERRICK P.C.**
165 Township Line Road
Jenkintown, PA 19046
pkeenan@freightlaw.net
Telephone: (215) 609-1110
Facsimile: (215) 609-1117
*Attorneys for Plaintiff*
*Norfolk Southern Railway Company*