IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NORFOLK SOUTHERN RAILWAY COMPANY<br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>RAIL LOGISTICS, L.C. a/k/a RAIL LOGISTICS/COLD TRAIN L.C. a/k/a COLD TRAIN, L.C.<br>　　　　　　　　Defendant. | CIVIL ACTION<br><br>CASE NO: 2:14-cv-2626-CM-JPO |

## CLERK'S ENTRY OF DEFAULT

This Court, upon consideration of the following:

1. Defendant Rail Logistics, L.C. a/k/a Rail Logistics/Cold Train L.C. a/k/a Cold Train, L.C. ("Rail Logistics") was properly served by process server, Roger Elliott, on December 30, 2014. Service was effectuated upon Michael Lerner, designated Registered Agent for defendant Rail Logistics. *See* ECF No. 7 (Affidavit of Service for Executed Summons and Complaint).

2. Defendant Rail Logistics' Answer was due on or before January 20, 2015, pursuant to Fed. R. Civ. P. 12(1)(A).

3. As of the date of the filing of this Motion, no counsel has entered their appearance on behalf of Rail Logistics, nor has Rail Logistics filed a responsive pleading.

The Court hereby ORDERS that the request of Plaintiff Norfolk Southern Railway Company for Entry of Clerk's Default Pursuant to Federal Civil Rule 55(a), is GRANTED.

IT IS SO ORDERED this 22nd day of January, 2015.

               s/ Sarah Spegal
               Deputy Clerk


Submitted by :
  s/Jeffrey A. Befort
  Jeffrey A. Befort
  **Befort Law Firm, LLC**
  4035 Central Street
  Kansas City, Missouri 64111
  jeff@befortlawkc.com
  Telephone: (816) 569-6691
  Facsimile: 1 (888)347-7193

*Attorneys for Plaintiff*
*Norfolk Southern Railway Company*